## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MAUSAM B. TRIVEDI,**<br><br>**Defendant.** | **PO 21-5048-GF-JTJ**<br><br>**VIOLATIONS:**<br>**9712201**<br>**9712203**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $240 ($210 fine and $30 processing fee) for violation number 9712201. Payment is due on or before April 1, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS ALSO ORDERED** that violation 9712203 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial in the above captioned matter, currently scheduled for March 4, 2021, is **VACATED**.

DATED this 25th day of February 2021.


John Johnston
United States Magistrate Judge